# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130024

EDNO DINO CASEY III,
            Plaintiff-Appellee,

v

BRIAN L. CLOWERS,
            Defendant-Appellant,

and

DAH TRUCKING COMPANY, INC., and
CITY OF DETROIT,
            Defendants.

SC: 130024
COA: 262142
Wayne CC: 01-130385-NI

_____/

On order of the Court, the application for leave to appeal the October 27, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

d0320

_____
Clerk